UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
STEVEN MIZEL ROTH IRA, derivatively on
behalf of Consolidated Asset Funding 3 LP,

        Plaintiff,                         **ORDER**

    - against -                    19 Civ. 10712 (NRB)

UNIFIED CAPITAL PARTNERS 3 LLC and UNIFIED
ASSET MANAGEMENT, LLC,

        Defendants,

    - and -

CONSOLIDATED ASSET FUNDING 3 LP,

        Nominal Defendant.

--------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Having reviewed the parties' pre-motion letters, dated December 2 and December 7, 2021, the Court has determined that the parties may bring cross motions for summary judgment without the necessity of a pre-motion conference. The parties should confer on a four-briefing schedule, in which no more than sixty days elapses from the filing of plaintiff's motion to the filing of defendants' reply.

        **SO ORDERED.**

Dated:   New York, New York
          December 13, 2021

                                                  _____
                                                  NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE