**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STEVEN MIZEL Individually and on behalf of others similarly situated and STEVEN MIZEL and PROVIDENT TRUST GROUP F/B/O STEVEN MIZEL ROTH IRA, Derivatively on Behalf of Consolidated Asset Funding 3 LP,

               Plaintiff,               19 **CIVIL** 10712 (NRB)

       vs.

UNIFIED CAPITAL PARTNERS 3 LLC., and
UNIFIED ASSET MANAGEMENT, LLC,

               Defendants,              **JUDGMENT**

      -and-

CONSOLIDATED ASSET FUNDING 3 LP,

               Nominal Defendant

-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated August 15, 2022, plaintiff has failed to establish that defendants breached the Partnership Agreement and no material fact is genuinely in dispute. Defendants' motion for summary judgment is granted in its entirety and plaintiff's motion is denied; accordingly, the case is closed.

**Dated:**  New York, New York
          August 15, 20222

                                              **RUBY J. KRAJICK**
                                              _____
                                                  **Clerk of Court**

                               **BY:**
                                                  _____
                                                  **Deputy Clerk**